**120UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:                                                                    CASE NO.: 23-16332-MAM
                                                                                   CHAPTER 11
ANDREW LUCHEY and GAIL LUCHEY,
         Debtors.

_____/

**DEBTORS' EXPEDITED MOTION FOR**
**AUTHORIZATION TO USE CASH COLLATERAL**

> The Debtors request that this matter be heard on an expedited basis as
> they need the ability to pay their regular expenses when due.
> Accordingly, the Debtors request that this matter be heard as soon as
> practicable.

Debtors, **ANDREW LUCHEY and GAIL LUCHEY** (hereinafter referred to as

"Debtors"), by and through their undersigned counsel, pursuant to 11 U.S.C. § 363 and Bankruptcy

Rule 4001 and files this Emergency Motion for Authorization to Use Cash Collateral, and in

support thereof states as follows:

1.      On August 11, 2023, Debtors initiated this case by filing a Voluntary Petition under

Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in this Court.

2.      Debtors are individuals who own and operate a number of investment properties

(the "Properties").  The Debtors act as landlords and lease the Properties to tenants.

**DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE**

3.      United States of America Department of the Treasury – Internal Revenue Service

("IRS") may have a lien on the cash collateral of the of the Debtors by virtue of a Notice of Federal

Tax Lien recorded on January 13, 2015 (Official Records Book 27271, Page 1484, of the Public

Records of Palm Beach County, Florida) (the "First Lien").  Pursuant to the First Lien, the IRS

may have a security interest in the Debtors' assets.  Attached hereto as **Exhibit A** is a copy of the

First Lien.

  4.  Additionally, the IRS may have a lien on the cash collateral of the of the Debtors by virtue of a Notice of Federal Tax Lien recorded on January 13, 2015 (Official Records Book 27271, Page 1499, of the Public Records of Palm Beach County, Florida) (the "Second Lien"). Pursuant to the Second Lien, the IRS may have a security interest in the Debtors' assets.  Attached hereto as **Exhibit B** is a copy of the Second Lien.

  5.  Additionally, the IRS may have a lien on the cash collateral of the of the Debtors by virtue of a Notice of Federal Tax Lien recorded on January 13, 2015 (Official Records Book 27271, Page 1500, of the Public Records of Palm Beach County, Florida) (the "Third Lien"). Pursuant to the Third Lien, the IRS may have a security interest in the Debtors' assets.  Attached hereto as **Exhibit C** is a copy of the Third Lien.

  6.  Additionally, the IRS may have a lien on the cash collateral of the of the Debtors by virtue of a Notice of Federal Tax Lien recorded on May 11, 2015 (Official Records Book 27526, Page 1852, of the Public Records of Palm Beach County, Florida) (the "Fourth Lien").  Pursuant to the Fourth Lien, the IRS may have a security interest in the Debtors' assets.  Attached hereto as **Exhibit D** is a copy of the Fourth Lien.

  7.  Additionally, the IRS may have a lien on the cash collateral of the of the Debtors by virtue of a Notice of Federal Tax Lien recorded on June 2, 2015 (Official Records Book 27575, Page 472, of the Public Records of Palm Beach County, Florida) (the "Fifth Lien").  Pursuant to the Fifth Lien, the IRS may have a security interest in the Debtors' assets.  Attached hereto as **Exhibit E** is a copy of the Fifth Lien.

  8.  Additionally, the IRS may have a lien on the cash collateral of the of the Debtors by virtue of a Notice of Federal Tax Lien recorded on April 10, 2017 (Official Records Book 29006, Page 518, of the Public Records of Palm Beach County, Florida) (the "Sixth Lien").

Pursuant to the Sixth Lien, the IRS may have a security interest in the Debtors' assets.  Attached hereto as **Exhibit F** is a copy of the Sixth Lien.

9.      Additionally, the IRS may have a lien on the cash collateral of the of the Debtors by virtue of a Notice of Federal Tax Lien recorded on April 10, 2017 (Official Records Book 29006, Page 519, of the Public Records of Palm Beach County, Florida) (the "Seventh Lien"). Pursuant to the Seventh Lien, the IRS may have a security interest in the Debtors' assets.  Attached hereto as **Exhibit G** is a copy of the Seventh Lien.  The First Lien, Second Lien, Third Lien, Fourth Lien, Fifth Lien, Sixth Lien, and Seventh Lien may be collectively referred to as the "IRS Liens."

**RELIEF REQUESTED**

10.      By way of this Motion, Debtors request authorization of this Court to use the cash collateral of the IRS, pursuant to 11 U.S.C. § 363 to the extent they may, in fact, have liens.

11.      Debtors do not believe that the United States of America Department of the Treasury – Internal Revenue Service has a lien on any of Debtors' cash collateral based on their recorded tax liens.  It is Debtors' position that any lien of the United States of America Department of the Treasury – Internal Revenue Service is unperfected in that it did not issue a levy on any cash collateral before the date of the filing of this bankruptcy.

12.      However, in an abundance of caution, Debtors are filing this Motion requesting authorization of this Court to use such cash collateral pursuant to 11 U.S.C. § 363 to the extent that the United States of America Department of the Treasury – Internal Revenue Service may, in fact, have a lien on cash collateral, as more fully set forth below.

13.      The purpose of the request herein is to allow Debtors to use cash collateral to fund the operating expenses necessary to manage and maintain the Properties in the regular course of business, as well as to pay the administrative expenses in these Chapter 11 proceedings as they become due.

14.     It is submitted that the use of the cash collateral is necessary for an effective reorganization and to avoid harm to the Debtors' bankruptcy estate and the unsecured creditors. The Debtors need to be able to pay the regular expenses associated with managing and maintaining the Properties, as well as its administrative expenses as they become due, to continue operating as a going concern, and to maintain compliance with the guidelines of the Office of the U.S. Trustee.

15.     The Debtors shall grant a replacement lien to the IRS to the same extent as any pre-petition lien, pursuant to 11 U.S.C. § 361(2) on and in all property set forth in the IRS Liens and any related lien documents on an interim basis through and including the interim hearing in this matter, without any waiver by the Debtors as to the extent, validity, or priority of said liens to the extent of any pre-petition liens.

16.     The Debtor is in the process of preparing a monthly budget ("Budget") and will file same with the Court in advance of the hearing on this matter.

17.     As of the date of this Motion, an unsecured creditor's committee has not been appointed.  Should a committee be appointed, said committee should be allowed thirty (30) days from the date of the entry of an interim order authorizing use of the cash collateral to analyze and object to the validity, priority, and extent of the secured creditors' lien.

18.     The Debtors seek to use the cash collateral sooner than fifteen (15) days after the service of the Motion in the amount set forth in the Budget, until the date of the next interim hearing, which shall be set with at least fifteen (15) days' notice from the date of this Motion, unless otherwise agreed.  Upon release and authorization of the requested cash collateral, prior to the next hearing, the funds will be used to pay for Debtors' ordinary course of expenses, as set forth in the monthly budgets, subject to a 10% variance in any given line item.

**WHEREFORE**, Debtors, **ANDREW LUCHEY and GAIL LUCHEY**, respectfully

request this Honorable Court enter an Order granting this Motion for Authorization to Use Cash

Collateral and for such other and further relief as the Court deems just and proper.

     **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via ECF to parties registered in this case to receive service and via U.S. Mail to the parties listed below this 14th day of September, 2023.

                     **KELLEY, FULTON, KAPLAN & ELLER, P.L.**
                     1665 Palm Beach Lakes Blvd., Suite 1000
                     West Palm Beach, Florida 33401
                     Telephone No. (561) 491-1200
                     Facsimile No.   (561) 684-3773
                     bankruptcy@kelleylawoffice.com

                     By:  */s/ Dana Kaplan*, Esq.
                     DANA KAPLAN, ESQ.
                     Fla. Bar No. 44315

Mailing Information for Case 23-16332-MAM

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Craig I Kelley**   craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com; scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Wanda D Murray**   ecfflsb@aldridgepite.com, WMurray@ecf.courtdrive.com
- **Martin P Ochs**   martin.p.ochs@usdoj.gov
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

     **Andrew Luchey**
     8517 Estate Drive
     West Palm Beach, FL 33411

     **Gail Luchey**
     8517 Estate Drive
     West Palm Beach, FL 33411

     Internal Revenue Service
     Central Insolvency
     PO Box 7346
     Philadelphia, PA 19101

     Internal Revenue Service

c/o IRS District Counsel
Claude Pepper Federal Building
51 SW 1St Ave, 11th
Miami, FL 33130

Internal Revenue Service
Acting US Attorney
99 NE 4th Street
Miami, FL

Internal Revenue Service
Atty General
US Dept. of Justice
Tenth & Constitution
Washington, DC 20530

See attached mailing matrix.

```
Label Matrix for local noticing        PHH Mortgage Corporation              (p)CENLAR FSB
113C-9                                  c/o Wanda D. Murray                   425 PHILLIPS BLVD
Case 23-16332-MAM                       Six Piedmont Center                  EWING NJ 08618-1430
Southern District of Florida            3525 Piedmont Road, N.E., Suite 700
West Palm Beach                         Atlanta, GA 30305-1608
Thu Sep 14 12:02:14 EDT 2023

Chase Mortgage                          Discover Bank                        Discover Financial
Chase Records Center/Attn: Correspondenc Discover Products Inc               Attn: Bankruptcy
Mail Code LA4 5555  700 Kansas Ln       PO Box 3025                          Po Box 3025
Monroe, LA 71203                        New Albany, OH  43054-3025           New Albany, OH 43054-3025



(p)INTERNAL REVENUE SERVICE            Internal Revenue Service              (p)DSNB MACY S
CENTRALIZED INSOLVENCY OPERATIONS      Central Insolvency Operation          CITIBANK
PO BOX 7346                            P.O. Box 7346                         1000 TECHNOLOGY DRIVE MS 777
PHILADELPHIA PA 19101-7346            Philadelphia, PA 19101-7346            O FALLON MO 63368-2222



Mrc/united Wholesale M                 Northwest Medical Center              Office of the US Trustee
Attn: Bankruptcy                       Resurgent Capital Services            51 S.W. 1st Ave.
P. O. Box 619098                       PO Box 1927                           Suite 1204
Dallas, TX 75261-9098                  Greenville, SC 29602-1927             Miami, FL 33130-1614



Select Portfolio Servicing, Inc        Andrew Luchey                        Craig I Kelley
Attn: Bankruptcy                       8517 Estate Drive                     1665 Palm Beach Lakes Blvd #1000
Po Box 65250                           West Palm Beach, FL 33411-6537        West Palm Beach, FL 33401-2109
Salt Lake City, UT 84165-0250



Dana L Kaplan                          Gail Luchey
1665 Palm Beach Lakes Blvd.            8517 Estate Drive
Ste 1000                               West Palm Beach, FL 33411-6537
West Palm Beach, FL 33401-2109
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Cenlar                                 Internal Revenue Service             (d)Internal Revenue Service
Attn: Centralized Bankruptcy           Acting US Attorney                   Atty General United States Dept Justice
425 Phillips Blvd.                     99 NE 4th Street                     Tenth & Constitution
Ewing, NH 08618                        Miami, FL 33132                     Washington, DC 20530


(d)Internal Revenue Service            Macys/fdsb
c/o IRS District Counsel               Attn: Bankruptcy
Claude Pepper Federal Bldg             9111 Duke Boulevard
51 S.W. 1st Ave., 11th Floor           Mason, OH 45040
Miami, FL 33130
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients    16
Bypassed recipients     1
Total                  17

| Form 668 (Y)(c) | 10194 | Department of the Treasury - Internal Revenue Service |
|---|---|---|
| (Rev. February 2004) | | **Notice of Federal Tax Lien** |

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #3<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>137267914 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

CFN 20150011371
OR BK 27271 PG 1484
RECORDED 01/13/2015 08:42:50
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pg 1484; (1pg)

Name of Taxpayer ANDREW LUCHEY

Residence      8517 ESTATE DRIVE
               WEST PALM BCH, FL 33411

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 6672 | 03/31/2010 | ████████ | 03/04/2013 | 04/03/2023 | 54768.13 |
| 6672 | 06/30/2010 | ████████ | 03/04/2013 | 04/03/2023 | 48563.32 |
| 6672 | 09/30/2010 | ████████ | 03/04/2013 | 04/03/2023 | 34526.95 |
| 6672 | 12/31/2010 | ████████ | 03/04/2013 | 04/03/2023 | 67656.00 |
| 6672 | 03/31/2011 | ████████ | 10/06/2014 | 11/05/2024 | 91858.15 |
| 6672 | 12/31/2011 | ████████ | 10/06/2014 | 11/05/2024 | 302776.31 |
| 6672 | 03/31/2012 | ████████ | 10/06/2014 | 11/05/2024 | 285868.84 |
| 6672 | 06/30/2012 | ████████ | 10/06/2014 | 11/05/2024 | 223793.88 |
| 6672 | 09/30/2012 | ████████ | 10/06/2014 | 11/05/2024 | 225002.71 |
| 6672 | 12/31/2012 | ████████ | 10/06/2014 | 11/05/2024 | 230627.78 |
| 6672 | 03/31/2013 | ████████ | 10/06/2014 | 11/05/2024 | 50382.22 |

| Place of Filing | | |
|---|---|---|
| County Courthouse<br>Palm Beach County<br>West Palm Beach, FL 33402 | Total | $ 1615824.29 |

This notice was prepared and signed at _____ BALTIMORE, MD _____ , on this,

the ___31st___ day of ___December___ , ___2014___ .

| Signature<br>*Cheryl Corder*<br>for MR. JOHN SMITH | Title<br>REVENUE OFFICER<br>(561) 616-2063 | 23-02-4511 |
|---|---|---|

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

**Form 668 (Y)(c)**
(Rev. February 2004)

10194

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #3 Lien Unit Phone: (800) 913-6050 | Serial Number 137473915 | For Optional Use by Recording Office |
|---|---|---|

CFN 20150011386
OR BK 27271 PG 1499
RECORDED 01/13/2015 08:42:50
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pg 1499; (1pg)

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer ANDREW & GAIL LUCHEY

Residence   8517 ESTATE DR
WEST PALM BCH, FL 33411

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2008 | ▆▆▆▆ | 12/23/2013 | 01/22/2024 | 74749.10 |
| 1040 | 12/31/2009 | ▆▆▆▆ | 12/23/2013 | 01/22/2024 | 264337.21 |
| 1040 | 12/31/2012 | ▆▆▆▆ | 09/15/2014 | 10/15/2024 | 15512.30 |

| Place of Filing | County Courthouse Palm Beach County West Palm Beach, FL 33402 | Total | $ 354598.61 |
|---|---|---|---|

This notice was prepared and signed at _____ BALTIMORE, MD _____ , on this,

the ___02nd___ day of ___January___ , ___2015___.

| Signature *Cheryl Cordaro* for MR. JOHN SMITH | Title REVENUE OFFICER (561) 616-2063 | 23-02-4511 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

NOT A CERTIFIED COPY

| **Form 668 (Y)(c)** (Rev. February 2004) | 10194 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** |
|---|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #3 Lien Unit Phone: (800) 913-6050 | Serial Number 137474315 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

*For Optional Use column:*
CFN 20150011387
OR BK 27271 PG 1500
RECORDED 01/13/2015 08:42:50
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pg 1500; (1pg)

Name of Taxpayer ANDREW LUCHEY

Residence        8517 ESTATE DR
                 WEST PALM BCH, FL 33411

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2010 | ■■■■■■■ | 12/23/2013 | 01/22/2024 | 1438738.42 |

| Place of Filing | County Courthouse Palm Beach County West Palm Beach, FL 33402 | Total | $ 1438738.42 |
|---|---|---|---|

This notice was prepared and signed at _____ BALTIMORE, MD _____ , on this,

the ____02nd____ day of ____January____ , __2015__.

| Signature *Cheryl Cordaro* for MR. JOHN SMITH | Title REVENUE OFFICER (561) 616-2063 | 23-02-4511 |
|---|---|---|

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

Book27271/Page1500                                    Page 1 of 1

NOTA CERTIFIED COPY

| Form 668 (Y)(c)<br>(Rev. February 2004) | 10194 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** |
|---|---|---|

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #3<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>155501015 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

CFN 20150173129
OR BK 27526 PG 1852
RECORDED 05/11/2015 16:21:49
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pg 1852; (1pg)

Name of Taxpayer  ANDREW LUCHEY

Residence    8517 ESTATE DRIVE
             WEST PALM BEACH, FL 33411

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 6672 | 06/30/2013 | ▉▉▉▉ | 01/19/2015 | 02/18/2025 | 88846.64 |
| 6672 | 09/30/2013 | ▉▉▉▉ | 01/19/2015 | 02/18/2025 | 70140.48 |
| 6672 | 12/31/2013 | ▉▉▉▉ | 03/09/2015 | 04/08/2025 | 74311.84 |

| Place of Filing | | |
|---|---|---|
| County Courthouse<br>Palm Beach County<br>West Palm Beach, FL 33402 | Total | $    233298.96 |

This notice was prepared and signed at    BALTIMORE, MD    , on this,

the    01st    day of    May    , 2015.

| Signature    *Cheryl Corder*<br>for MR. JOHN  SMITH | Title<br>REVENUE OFFICER<br>(561) 616-2063 | 23-02-4511 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

| Form 668 (Y)(c) | 10194 | Department of the Treasury - Internal Revenue Service |
|---|---|---|
| (Rev. February 2004) | | **Notice of Federal Tax Lien** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #3 Lien Unit Phone: (800) 913-6050 | Serial Number 158468215 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

CFN 20150203011
OR BK 27575 PG 0472
RECORDED 06/02/2015 16:33:14
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pg 0472; (1pg)

Name of Taxpayer GAIL LUCHEY

Residence    8517 ESTATE DRIVE
WEST PALM BEACH, FL 33411

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2010 | ▮▮▮▮ | 12/23/2013 | 01/22/2024 | 122617.83 |

| Place of Filing | County Courthouse Palm Beach County West Palm Beach, FL 33402 | Total | $ 122617.83 |
|---|---|---|---|

This notice was prepared and signed at _____ BALTIMORE, MD _____ , on this,

the ___21st___ day of ___May___ , ___2015___ .

| Signature for MR. JOHN SMITH | Title REVENUE OFFICER (561) 616-2063 | 23-02-4511 |
|---|---|---|

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

NOTA CERTIFIED COPY

| | 16600 | Department of the Treasury - Internal Revenue Service |
|---|---|---|

**Form 668 (Y)(c)**
(Rev. February 2004)

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #3 Lien Unit Phone: (800) 913-6050 | Serial Number 254916317 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

CFN 20170124057
OR BK 29006 PG 0518
RECORDED 04/10/2017 15:18:46
Palm Beach County, Florida
Sharon R. Bock,CLERK & COMPTROLLER
Pg 0518; (1pg)

Name of Taxpayer ANDREW & GAIL LUCHEY

Residence       8517 ESTATE DRIVE
                WEST PALM BEACH, FL 33411

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2014 | ▮▮▮▮▮▮ | 10/10/2016 | 11/09/2026 | 4593.83 |

| Place of Filing County Courthouse Palm Beach County West Palm Beach, FL 33402 | Total | $ | 4593.83 |
|---|---|---|---|

This notice was prepared and signed at _____ BALTIMORE, MD _____, on this,

the ___30th___ day of ___March___, ___2017___.

| Signature _Joan Flach_ for MR. JOHN SMITH | Title REVENUE OFFICER (561) 616-2063 | 23-02-4511 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

NOT A CERTIFIED COPY

| Form 668 (Y)(c) | 16600 | Department of the Treasury - Internal Revenue Service |
|---|---|---|

**Notice of Federal Tax Lien**

(Rev. February 2004)

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #3 Lien Unit Phone: (800) 913-6050 | Serial Number 254916417 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer ANDREW LUCHEY

Residence  8517 ESTATE DRIVE
WEST PALM BEACH, FL 33411

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

CFN 20170124058
OR BK 29006 PG 0519
RECORDED 04/10/2017 15:18:46
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pg 0519; (1pg)

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6672 | 06/30/2015 | ████ | 12/26/2016 | 01/25/2027 | 201036.38 |
| 6672 | 03/31/2016 | ████ | 12/26/2016 | 01/25/2027 | 20517.34 |
| 6672 | 06/30/2016 | ████ | 02/27/2017 | 03/29/2027 | 89890.56 |
| 6672 | 09/30/2016 | ████ | 02/27/2017 | 03/29/2027 | 219064.75 |

| Place of Filing County Courthouse Palm Beach County West Palm Beach, FL 33402 | Total $ 530509.03 |
|---|---|

This notice was prepared and signed at ___ BALTIMORE, MD ___, on this,

the __30th__ day of __March__, __2017__.

| Signature Joan Flach for MR. JOHN SMITH | Title REVENUE OFFICER (561) 616-2063 | 23-02-4511 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X